IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-23819 |
| Anthony Spatola | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Deborah L. Thorne |

## NOTICE OF MOTION

TO:   The Honorable Judge Deborah L. Thorne, *Via Electronic Filing*

Marilyn O. Marshall, Chapter 13 Trustee, *Via Electronic Filing*

Roberta L Miller, 830 Parkwood Ave Park Ridge, IL 60068 *Via US Mail*

Additional Creditors, *Via Attached Notice of Chapter 13 Bankruptcy Case*

On October 16, 2019 at 10:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Deborah L. Thorne or any other Bankruptcy Judge presiding at the 219 South Dearborn, Courtroom 613, Chicago, IL, 60604 and shall request that the Attorney's Application for Compensation be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie, IL 60076
(847) 673-8600

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via US MAIL to the above captioned by 7:00 p.m. on or before September 25, 2019.

/s/ *David H. Cutler*
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-23819 |
| Anthony Spatola ) | | |
| ) | Chapter: | 13 |
| ) | | |
| ) | Honorable Deborah L. Thorne | |
| ) | | |
| Debtor(s) ) | | |

## ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:
1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a. any kind of compensation, reimbursement, or other payment, or

    b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00  flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$ _____  for filing fee paid by the attorney with the attorney's funds

$ _____  for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$ _____  Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

☐ None

A total of  $ 4,000.00

Date of Application:  9/25/2019          Attorney Signature  /s/ David H. Cutler

Rev: 20170105                                                                  Local Bankruptcy Form 23-1