IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>ANTHONY SPATOLA,<br><br>Debtor. | NO.   19-23819<br>CHAPTER 13<br><br>JUDGE DEBORAH L. THORNE<br>Confirmation:  11/13/19 @ 10:30 a.m. |

NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION

Now comes SPECIALIZED LOAN SERVICING LLC, SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC2, its successors and/or assigns, a creditor herein, by TERRI M. LONG, its attorney, and withdraws its objection to confirmation.

SPECIALIZED LOAN SERVICING LLC,
its Successors and/or Assigns

BY:     /s/ Terri M. Long
TERRI M. LONG, Attorney

CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2019, I electronically filed the foregoing Notice of Withdrawal of Objection to Confirmation with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

David H. Cutler, Attorney for Debtor
Marilyn O. Marshall, Chapter 13 Trustee

And I certify that I have mailed by United States Postal Service the Notice to the following non-ECF participant on the same date, from the address below:

Anthony Spatola
830 Parkwood Ave.
Park Ridge, IL 60068
Debtor.

TERRI M. LONG
LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301   Fax: (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING LLC, its Successors and/or Assigns