UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-23819
ANTHONY SPATOLA,  )
 )
 )  Chapter: 13
 )  Honorable Deborah L. Thorne
 )
 )
Debtor(s)  )

### ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

This cause coming on to be heard on the motion of SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC2, its successors and/or assigns, to modify the restraining provisions of §§362 and 1301 of the Bankruptcy Code, and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §§362 and 1301 of the Bankruptcy Code are hereby modified to permit SPECIALIZED LOAN SERVICING LLC, AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY CAPITAL I INC. TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC2, its successors and/or assigns, to foreclose its security interest in certain real estate, with a common address of 830 Parkwood Ave., Park Ridge, Illinois 60068, as provided by Illinois law and statute;

IT IS FURTHER ORDERED that the restraining provisions of §1301 are hereby lifted as to an individual by the name of Rosetta Spatola.

IT IS FURTHER ORDERED that the 14-day stay as provided for in Bankruptcy Rule 4001(a)(3) shall not apply to this Order, and the Order shall be in full force and effect upon entry of this Order.

IT IS FURTHER ORDERED that all claims of this first mortgage shall be withdrawn upon entry of this order.

Enter: *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  March 11, 2020

**Prepared by:**

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING LLC, AS